UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BURK PROPERTY INVESTMENTS, LLC | * * * | CIVIL ACTION No. |
| VERSUS | * * | SECTION " "    MAG. ( ) |
| ILLINOIS UNION INSURANCE COMPANY | * * * | JUDGE: |
| | * * | MAGISTRATE |

### NOTICE OF REMOVAL

TO: The Honorable Judges of the United States District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, Louisiana 70130

NOW INTO COURT, through undersigned counsel, comes Defendant, Illinois Union Insurance Company ("Illinois Union"), who through undersigned counsel gives Notice of Removal of this action from the Civil District Court for the Parish of Orleans to the United States District Court for the Eastern District of Louisiana.

1.

Illinois Union is the sole defendant in the lawsuit filed by Plaintiff, Burk Property Investments, LLC ("Burk Property"), now pending in the Civil District Court for the Parish of Orleans, State of Louisiana, Division A, Section 16, and bearing Case No. 2018-10863.

2.

Pertinent information regarding the parties in this case, their counsel, and the State court are as follows:

    a.    Plaintiff is represented by:

        John A. Venezia (Bar No. 23963)
        Julie O'Shesky (Bar No. 36245)
        Venezia & Associates (APLC)
        757 St. Charles Avenue, Suite 302
        New Orleans, Louisiana 70130
        Telephone: (504) 486-3910
        Facsimile: (504) 486-3913
        E-mail: johnvenezia@venezialaw.net
              julieoshesky@venezialaw.net

    b.    Illinois Union Insurance Company is represented by:

        Leah N. Engelhardt
        Thomas H. Prince
        Chaffe McCall, L.L.P.
        1100 Poydras Street, Suite 2300
        New Orleans, Louisiana 70163
        Telephone: (504) 585-7000
        Facsimile: (504) 585-7075
        E-mail: engelhardt@chaffe.com
              prince@chaffe.com

    c.    The case is being removed from Civil District Court for the Parish of Orleans, State of Louisiana, which is located at:

        421 Loyola Avenue
        New Orleans, Louisiana 70112

    d.    The case is pending before:

        The Hon. Ellen M. Hazeur, Judge
        Division "A" – Section "16"
        421 Loyola Avenue, Room 304
        New Orleans, LA  70112
        Phone:  (504) 407-0200
        Facsimile:  (504)   558-9342

3.

A copy of all available pleadings filed thus far in the record of the Civil District Court for the Parish of Orleans, State of Louisiana for this matter are attached hereto as Exhibit "A."

Exhibit "A" includes true and correct copies of all process, pleadings, and orders found as of this filing in the Civil District Court record, as required by 28 U.S.C. § 1446(a).

4.

This is a civil action over which this Honorable Court has subject matter jurisdiction based on diversity of citizenship under 28 USC § 1332(a), and is an action that may be removed to this Honorable Court pursuant to 28 USC § 1441(a) and § 1332(a), in that it is a civil action wherein the amount in controversy is alleged to exceed the sum of $75,000, exclusive of interest and costs.

5.

Plaintiff, Burk Property Investments, LLC, is a Louisiana limited liability company formed, organized and domiciled in the State of Louisiana, and with its principle place of business in the State of Louisiana. The Louisiana Secretary of State records list William R. Burk, IV as "Manager," who is located in New Orleans, Louisiana and John Venezia as "Registered Agent," also located in New Orleans, Louisiana. The Louisiana Secretary of State records do not list any information with respect to Burk Property Investments, LLC's members.

6.

Defendant, Illinois Union Insurance Company, is a foreign insurer incorporated in the State of Illinois with its principal place of business in Pennsylvania.

7.

Suit was filed on October 29, 2018. Illinois Union received Plaintiff's Petition for Damages on February 4, 2019.[1]  This notice of removal has been filed within thirty (30) days of Illinois Union's receipt of the Petition, as allowed by 28 U.S.C. § 1446(b).

---

[1] *See* Letter from Louisiana Secretary of State attaching a copy of the Petition to Illinois Union stamped as received on February 4, 2019 and attached hereto as Exhibit "B."

8.

Plaintiff's Petition for Damages, filed in Civil District Court for the Parish of Orleans State of Louisiana on October 29, 2018, alleges entitlement to insurance coverage for damages to a residential property under a policy of insurance issued by Illinois Union, as well as bad faith under Louisiana Revised Statutes 22:1973 and 22:1892 together with attorney fees and costs. The amount in controversy for the alleged losses and damages sought by Plaintiff exceeds $75,000.

9.

Illinois Union expressly reserves any and all defenses it may have, now or in the future, as to the merits of the claims asserted in Plaintiff's Petition for Damages, the lack or insufficiency of service, process, venue, or jurisdiction, and waive none of the aforesaid defenses by filing this Notice of Removal.

10.

Written notice of the filing of this Notice of Removal and removal of the above-referenced action is being delivered by facsimile, electronic mail, and/or U.S. mail to all parties through their known counsel of record. A copy of this Notice will be filed promptly with the Clerk of Court of the Civil District Court for the Parish of Orleans, State of Louisiana.

11.

Pursuant to Rule 11 of the Federal Rules of Civil Procedure, undersigned counsel certifies that he/she has read the foregoing Notice of Removal, that to the best of knowledge, information, and belief formed after reasonable inquiry, it is well-grounded in fact and is warranted by existing law or good faith argument for the extension, modification or reversal of existing law, and that it is not interposed for any improper purpose.

WHEREFORE, Defendant, Illinois Union Insurance Company, hereby files this Notice of Removal, and prays that the above-referenced State Court action now pending in the Civil District Court for the Parish of Orleans, State of Louisiana, be removed to this Court, and that this Court enter any necessary orders of process so that this suit may proceed as if it had originally commenced in this court.

Respectfully submitted,

**CHAFFE MCCALL, L.L.P.**

*/s/ Leah N. Engelhardt*
Leah N. Engelhardt (LA Bar No. 23232)
Thomas H. Prince (LA Bar No. 32219)
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2300
Office:  (504) 585-7000
Fax:      (504) 585-7075
engelhardt@chaffe.com
prince@chaffe.com

**COUNSEL FOR ILLINOIS UNION INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has this date been served upon all counsel of record in this proceeding by:

|     |     |     |     |
| --- | --- | --- | --- |
| (  ) | Hand Delivery | (  ) | Prepaid U.S. Mail |
| (  ) | Facsimile | (  ) | Federal Express |
| ( X ) | E-mail | ( X ) | ECF |

New Orleans, Louisiana this 27th day of February, 2019.

*/s/ Leah N. Engelhardt*
LEAH N. ENGELHARDT

5