2018-10863 E Section 16

Case 2:19-cv-01787-NJB-DMD   Document 1-1   Filed 02/27/19   Page 1 of 5

FILED
2018 OCT 29  A 08:59
CIVIL
DISTRICT COURT

CIVIL DISTICT COURT FOR THE PARISH OF ORLEANS
STATE OF LOUISIANA

NUMBER: _____     DIVISION _____

**BURK PROPERTY INVESTMENTS, LLC**

VERSUS

**ILLINOIS UNION INSURANCE COMPANY**

_____                           _____
DATE FILED                              DEPUTY CLERK

## PETITION FOR DAMAGES

The plaintiff, Burk Property Investments, LLC, a limited liability company organized and domiciled in the State of Louisiana., through undersigned counsel, respectfully says that:

1. Illinois Union Insurance Company ("Illinois Union"), a foreign insurer, authorized and doing business in the State of Louisiana., is the defendant.

2. Illinois Union issued a policy of insurance (the "Policy") covering plaintiff's buildings and related property at 640 Pauline Street, New Orleans, Louisiana (the "Property"), from October 17, 2017 through October 17, 2018. Plaintiff pleads the terms and conditions of this policy in extenso.

3. On or about October 29, 2017, during the term of the insurance policy, the Property caught fire and suffered severe damage. The Policy provided coverage for this damage.

4. on or about October 30, 2017, plaintiff notified Illinois Union that it suffered a loss and was making a claim under the Policy.

5. On information and belief, Illinois Union did not initiate loss adjustment within 30 days of Its notice of plaintiff.

6. Well before February 10, 2017, defendant had satisfactory proof of loss that plaintiff's losses valued at least $85,000. This proof of loss consisted of the New Orleans Fire Department Report, estimates and invoices, defendant's agents inspecting the property, and other information. However, Illinois Union failed to make a tender within 30 days of its receipt of this satisfactory proof of loss and its failure was arbitrary, capricious and without probable cause.



Case 2:19-cv-01787-NJB-DMD Document 1-1 Filed 02/27/19 Page 2 of 5

2018-10863
E
Section 16

FILED
2018 OCT 29 A 08:59
CIVIL
DISTRICT COURT

7. Well before May 4, 2018 and well before June 3, 2018, defendant had satisfactory proof of loss that plaintiff's losses valued at least $185,106.33. This proof of loss consisted of the New Orleans Fire Department Report, estimates and invoices, defendant's agents inspecting the property, and other information. However, Illinois Union failed to make a tender within 60 or 30 days of its receipt of this satisfactory proof of loss and its failure was arbitrary, capricious and without probable cause.

8. Illinois Union's failure to make a tender within 60 days of satisfactory proof of loss has caused damage to BPI, such as additional interest payments on plaintiff's loans and loss of income.

9. Illinois Union's tenders to BPI are insufficient to cover its losses under the Policy.

10. The plaintiff's claim exceeds the amount necessary to establish a right to a jury trial. The plaintiff reserves the right to request a trial by jury.

**WHEREFORE**, the plaintiff, Burk Property Investments, LLC, prays that the Court issue citation to Illinois Union Insurance Company, to answer this petition and that a sheriff or other legally authorized person serve the citation and petition on the defendant. Plaintiff further prays that, after due proceedings, the Court render judgment in favor of plaintiff, Burk Property Investments, LLC, and against the defendant, Illinois Union Insurance Company, in an amount that is reasonable in the premises, with statutory penalties and attorneys' fees under La. R.S. 22:1892 and 1973, along with judicial interest thereon from date of judicial demand, and for all costs of these proceedings, including expert fees.

Respectfully Submitted:

Attorneys for Burk Property Investments, LLC, Plaintiff

JOHN A. VENEZIA (#23963)
johnvenezia@venezialaw.net
JULIE O'SHESKY (#36245)
julieoeshesky@venezialaw.net
Venezia & Associates (APLC)
757 St. Charles Avenue
Suite 302
New Orleans, Louisiana 70130
(504) 486-3910 voice
(504) 486-3913 fax

2018-10863
Case 2:19-cv-01787-NJB-DMD   Document 1-1   Filed 02/27/19   Page 3 of 5

**E**

Section 16

FILED
2018 OCT 29   A 08:59
CIVIL
DISTRICT COURT



PLEASE SERVE:

Illinois Union Insurance Company
Through the Louisiana Secretary of State
8585 Archive Boulevard
Baton Rouge, LA

ATTORNEY'S NAME: Venezia, John A 23963
AND ADDRESS: 757 St. Charles Avenue, Suite 303, New Orleans, LA 70130

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
### STATE OF LOUISIANA

NO: 2018-10863   DIVISION: E   SECTION: 16

### BURK PROPERTY INVESTMENTS, LLC

Versus

### ILLINOIS UNION INSURANCE COMPANY

### CITATION

TO: ILLINOIS UNION INSURANCE COMPANY
THROUGH: THE LOUISIANA SECRETARY OF STATE
8585 ARCHIVES AVE, BATON ROUGE, LA 70809

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

PETITION FOR DAMAGES

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

**IN WITNESS HEREOF,** I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA December 28, 2018

**Clerk's Office, Room 402, Civil Courts**
**421 Loyola Avenue**
**New Orleans, LA**

**CHELSEY RICHARD NAPOLEON, Clerk of**
**The Civil District Court**
**for the Parish of Orleans**
**State of LA**
**by _____**
**Barbara Gaude, Deputy Clerk**

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this ____ day of _____ served a copy of the within **PETITION FOR DAMAGES** ON **ILLINOIS UNION INSURANCE COMPANY** THROUGH: **THE LOUISIANA SECRETARY OF STATE** Returned the same day _____ No. _____ Deputy Sheriff of _____ Mileage: $ _____ /ENTERED/ _____ PAPER    RETURN ____ / ____ / ____ SERIAL NO.  DEPUTY  PARISH | On this ____ day of _____ served a copy of the within **PETITION FOR DAMAGES** ON **ILLINOIS UNION INSURANCE COMPANY** THROUGH: **THE LOUISIANA SECRETARY OF STATE** by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said **ILLINOIS UNION INSURANCE COMPANY** being absent from the domicile at time of said service. Returned the same day _____ No. _____ Deputy Sheriff of _____ |

ID: 10051016   Page 1 of 1

ATTORNEY'S NAME:   Venezia, John A 23963
AND ADDRESS:      757 St. Charles Avenue, Suite 303, New Orleans, LA 70130

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
### STATE OF LOUISIANA

NO: 2018-10863        DIVISION: E        SECTION: 16

**BURK PROPERTY INVESTMENTS, LLC**

Versus

**ILLINOIS UNION INSURANCE COMPANY**

### CITATION

TO:        ILLINOIS UNION INSURANCE COMPANY
THROUGH:   THE LOUISIANA SECRETARY OF STATE
           8585 ARCHIVES AVE, BATON ROUGE, LA 70809

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the
PETITION FOR DAMAGES
a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.
********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA December 28, 2018

Clerk's Office, Room 402, Civil Courts        CHELSEY RICHARD NAPOLEON, Clerk of
421 Loyola Avenue                             The Civil District Court
New Orleans, LA                               for the Parish of Orleans
                                              State of LA
                                              by /s/ Barbara Gaude
                                              Barbara Gaude, Deputy Clerk

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this ____ day of _____ served a copy of the within **PETITION FOR DAMAGES** ON **ILLINOIS UNION INSURANCE COMPANY** THROUGH: **THE LOUISIANA SECRETARY OF STATE** Returned the same day No. ____ Deputy Sheriff of ____ Mileage: $ ____ / ENTERED / ____ PAPER / RETURN / SERIAL NO.   DEPUTY   PARISH | On this ____ day of _____ served a copy of the within **PETITION FOR DAMAGES** ON **ILLINOIS UNION INSURANCE COMPANY** THROUGH: **THE LOUISIANA SECRETARY OF STATE** by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said **ILLINOIS UNION INSURANCE COMPANY** being absent from the domicile at time of said service. Returned the same day ____ No. ____ Deputy Sheriff of ____ |

ID: 10051016                Page 1 of 1