UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BURK PROPERTY INVESTMENTS, LLC | * * * | CIVIL ACTION No. 2:19-cv-01787 |
| VERSUS | * * | SECTION "G"          MAG. (3) |
| ILLINOIS UNION INSURANCE COMPANY | * * * | JUDGE NANNETTE JOLIVETTE BROWN MAGISTRATE JUDGE DANA M. DOUGLAS |

## MOTION FOR PARTIAL SUMMARY JUDGMENT ON COVERAGE

NOW INTO COURT, through undersigned counsel, comes Defendant, ILLINOIS UNION INSURANCE COMPANY ("Illinois Union"), who, for the reasons more fully set forth in the accompanying Memorandum in Support, avers that there are no genuine issues of material fact precluding judgment as a matter of law in Illinois Union's favor on the issue of coverage for certain allegedly outstanding damage amounts claimed by Plaintiff, Burk Property Investments, LLC ("Burk"), under the Illinois Union policy ("Policy")[1] at issue in this matter.

Plaintiff in this matter submitted a property damage claim to Illinois Union in the amount of $240,705.61. Of that total amount, Plaintiff advised that $20,046.78 constituted "soft costs" and $33,052.50 constituted "time delay" costs. The Policy does not provide coverage for these claimed damages.[2] After deducting these uncovered amounts from the claim, Plaintiff's claim totaled $187,606.33. Application of the Policy's deductible ($2,500) reduced this amount to $185,106.33. Illinois Union paid Plaintiff the full amount of $185,106.33 for the claim.

---

[1] Illinois Union Policy No. I08919264 001, issued to Plaintiff for the period October 17, 2016 to December 16, 2017.

[2] Illinois Union avers that the Policy does not provide coverage for Plaintiff's claimed damage *en toto*, but that issue is not the subject of the present Motion and will be the subject of a separate motion.

After Plaintiff filed its lawsuit, Plaintiff submitted its Initial Disclosures, continuing to assert that it is entitled to $55,599.28 in "[a]mounts remaining due under the terms of the policy…" That amount, however, constitutes the soft costs and time delay claim amounts submitted by Plaintiff, along with the Policy's deductible[3] – none of which Plaintiff is entitled to recover under the terms of the Policy. Illinois Union is therefore entitled to judgment as a matter of law that coverage is not afforded under the Policy for these claim amounts.

WHEREFORE, Illinois Union respectfully requests that this Honorable Court grant partial summary judgment in Illinois Union's favor and hold that the Policy does not provide coverage for the $55,599.28 "[a]mounts remaining due under the terms of the policy" claimed by Plaintiff in this matter.

Respectfully submitted,
**CHAFFE MCCALL, L.L.P.**

*/s/ Leah N. Engelhardt*
 Leah N. Engelhardt (LA Bar No. 23232)
Thomas H. Prince (LA Bar No. 32219)
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2300
Office:  (504) 585-7000
Fax:     (504) 585-7075
engelhardt@chaffe.com
prince@chaffe.com

**COUNSEL FOR ILLINOIS
UNION INSURANCE COMPANY**

---

[3] $20,046.78 (Soft Costs) + $33,052.50 (Time Delay Costs) + $2,500 (Policy Deductible) = $55,599.28.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing pleading has this date been served on all counsel of record in these proceedings by:

| ( ) | Hand Delivery | ( ) | Prepaid U.S. Mail |
|---|---|---|---|
| ( ) | Facsimile | ( ) | Federal Express |
| ( ) | Electronic Mail | ( X ) | ECF System |

New Orleans, Louisiana this 12th day of February, 2020.

                    */s/ Leah N. Engelhardt*
                    LEAH N. ENGELHARDT